LAW LIBRARY

NO. 30361

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

JEAN M. KUMOTO
CLERK, APPELLATE COURTS
STATE OF HAWAI'I

2010 MAR 30 PM 12:42

FILED

MICHAEL C. TIERNEY, Petitioner,

vs.

HAWAII PAROLING AUTHORITY, Respondent.

ORIGINAL PROCEEDING

ORDER
(By: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.)

Upon consideration of the motion for reconsideration of the March 17, 2010 order denying the petition for a writ of habeas corpus,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawai'i, March 30, 2010.